# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **ALMARS OUTBOARDS, INC.** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 18-210** |
| | : | |
| **ROBERT SPENCE** | : | |

## O R D E R

This  26th  day of    July   , 2018, it having been reported that the above captioned action has been settled, it is **ORDERED** that the above captioned action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

Notwithstanding this dismissal, pursuant to Rule 41.1(b) of the Local Rules of Civil Procedure, this order of dismissal may be vacated, modified, or stricken from the record, for cause shown, upon the application of any party served within ninety (90) days of the entry of such order of dismissal, provided the application of the ninety-day time limitation is consistent with Federal Rule of Civil Procedure 60(c).

**JOHN A. CERINO**, Clerk of Court

**BY**     /s/ Patricia Clark
       Civil Deputy to Judge McHugh

Copies EMAILED on 7/26/18  to:

cc:    Amaryah K. Bocchino, Esquire
       Irina N. Luzhatsky, Esquire
       Elizabeth A. Kuschel, Esquire
       Joelle Eileen Polesky, Esquire
       Joseph J. McHale, Esquire